# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **In re:** § | |
| § | |
| **THE A-LINE, LLC d/b/a Nikita Hair** § | Case No. 24-42119 |
| § | |
| **Debtor** § | Chapter 7 |
| § | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO LEASE AND EQUIPMENT FILED BY AOS PANTHER CREEK

CAME ON FOR CONSIDERATION the *Motion for Relief from the Automatic Stay as to Lease and Equipment* (the "**Motion**") filed by AOS Panther Creek, LLC ("**Panther Creek**") on October 14, 2024 in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen-day negative notice language, pursuant to LBR 4001-1, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party, and the allegations contained in the Motion stand unopposed. The Court further finds that Panther Creek holds a valid security interest in all equipment, fixtures, furniture, inventory, and other personal property of The A-Line, LLC d/b/a Nikita Hair (the "**Debtor**") situated at the Leased Premises,[1] and that good cause exists for the entry of the following order. It is therefore

**ORDERED** that the Motion is hereby **GRANTED**. It is further

---

[1] Capitalized terms contained herein shall bear the same definitions contained in the Motion, unless otherwise indicated herein.

**ORDERED** that Panther Creek is authorized to enforce its rights in accordance with applicable state law, including but not limited to its rights to apply the Security Deposit to outstanding amounts due under the Lease, take possession of the Leased Premises, to relet the Leased Premises, and to foreclose upon its Collateral, including personal property of the Debtor remaining at the Leased Premises. It is further

**ORDERED** that the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

**SIGNED:**

Signed on 11/05/2024

_Brenda T. Rhoades_   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Prepared by:

*/s/ Megan F. Clontz*
Jason P. Kathman
State Bar No. 24070036
Megan F. Clontz
State Bar No. 24069703
**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, TX 75024
(972) 324-0300 – Telephone
(972) 324-0301 – Facsimile
Email: jkathman@spencerfane.com
Email: mclontz@spencerfane.com

**Counsel for AOS Panther Creek, LLC**